| | | |
|---|---|---|
| People v Boyd (Dominique) | 1st Dept: 151 AD3d 641 (NY) | denied 8/31/17 (Fahey, J.) |
| People v Boyer | App Div, 3d Dept: 2017 NY Slip Op 75637(U) (Albany) | dismissed 8/25/17 (Wilson, J.) |
| People v Braswell | 1st Dept: 149 AD3d 580 (NY) | denied 8/15/17 (Garcia, J.) |
| People v Brewer | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 151(A) (Queens) | denied 8/31/17 (Fahey, J.) |
| People v Brinson | 4th Dept: 151 AD3d 1726 (Ontario) | denied 8/18/17 (Garcia, J.) |
| People v Brown (David) | 2d Dept: 150 AD3d 871 (Queens) | denied 8/16/17 (Rivera, J.) |
| People v Brown (Dennis)* | 4th Dept: 148 AD3d 1562 (Onondaga) | denied 7/6/17 (Garcia, J.) |
| People v Brown (Erika) | 4th Dept: 151 AD3d 1951 (Erie) | denied 8/28/17 (Stein, J.) |
| People v Brown (Lamont) | 1st Dept: 149 AD3d 584 (NY) | denied 8/16/17 (Rivera, J.) |
| People v Brown (Rohan) | App Div, 1st Dept: 2017 NY Slip Op 66400(U) (Bronx) | denied 8/15/17 (Garcia, J.) |
| People v Caggiano | 3d Dept: 150 AD3d 1335 (Ulster) | denied 8/16/17 (Rivera, J.) |
| People v Cain | App Term, 2d Dept, 9th & 10th Jud Dists: 56 Misc 3d 129(A) (Orange) | denied 8/28/17 (Stein, J.) |
| People v Caldwell | 2d Dept: 150 AD3d 1021 (Suffolk) | denied 8/2/17 (Fahey, J.) |
| People v Capellan | 1st Dept: 151 AD3d 485 (NY) | denied 8/21/17 (Stein, J.) |
| People v Carey | App Div, 4th Dept, 5/29/17 (Onondaga) | dismissed 8/4/17 (Wilson, J.) |
| People v Cartagena | 4th Dept: 149 AD3d 1518 (Erie) | denied 8/15/17 (Garcia, J.) |
| People v Chaires | 3d Dept: 150 AD3d 1326 (Madison) | denied 8/15/17 (Garcia, J.) |
| People v Chavis (Kristy) | 4th Dept: 151 AD3d 1757 (Cayuga) | denied 8/18/17 (Garcia, J.) (Appeal No. 1) |
| People v Chavis (Kristy) | 4th Dept: 151 AD3d 1758 (Cayuga) | denied 8/18/17 (Garcia, J.) (Appeal No. 2) |
| People v Cherry | 3d Dept: 149 AD3d 1346 (Chemung) | denied 8/16/17 (Rivera, J.) |
| People v Chin (Wayne) | 2d Dept: 148 AD3d 925 (Kings) | denied 8/1/17 (Fahey, J.) |
| People v Chin (Wayne) | 2d Dept: 148 AD3d 926 (Kings) | denied 8/1/17 (Fahey, J.) |
| People v Cisse | 1st Dept: 149 AD3d 435 (NY) | granted 8/23/17 (Fahey, J.) |

* Omitted from July 2017 list.